NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY ANN DUPUY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7164

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2244, Judge John J. Farley, III.

---

**ON MOTION**

---

**O R D E R**

Mary Ann Dupuy moves for a 30-day extension of time, until February 22, 2012, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 19 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Zachary M. Stolz, Esq
     James R. Sweet, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2012

JAN HORBALY
CLERK